**EXHIBIT 2:** INFRINGEMENT
URL: https://www.lamacchiarealty.com/massachusetts-texas-relocation/



## MASSACHUSETTS TO TEXAS RELOCATION

Over the past few years, Texas has seen a surge of new residents moving from other states. From the time period of 2005 to 2013, Texas grew by an outstanding 5.9 million people. Out of those 5.9 million people, 4.9 of them moved from other states. That is an amazing 345 PER DAY just from people moving from other states to Texas. If you are planning on joining in on the southern Texas fun, read below for some very important details.



**Housing Market:**

The median home value in Massachusetts is $351,500 versus the median home value in Texas of $157,700. Additionally the average house value in Boston is $480,000 versus $293,100 in Austin. With so many people moving there, the market moves quickly.

**Job Opportunities:**

Texas is filled with job opportunities from their main cities of Austin, Dallas, Houston and San Antonio to smaller cities and isolated farming towns. Throughout 2016, Texas has seen an increase in jobs every single month except for one. Massachusetts has a 8.4% unemployment rate compared to 7.6% in Texas.

**Registering:**